ROCHESTER GAS AND ELECTRIC CORPORATION, Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 2.) (Claim No. 75932.) [639 NYS2d 773] 
 Present—Pine, J. P., Lawton, Fallon, Callahan and Doerr, JJ.